

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-18-00238-CR

John Anthony **SAENZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4558
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

Appellant's brief was originally due to be filed on August 9, 2018. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 10, 2018. On September 11, 2018, Appellant filed a motion requesting an additional thirty days to file the brief, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT APPELLANT WILL BE GRANTED**. Appellant's brief must be filed by October 10, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court